# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-1798
Lower Tribunal No. 20-CA-005264

_____

RICHARD COHN and SHARON COHN,

Appellants,

v.

SECURITY FIRST INSURANCE COMPANY,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Michael T. McHugh, Judge.

April 30, 2024

PER CURIAM.

AFFIRMED.

STARGEL, WHITE and MIZE, JJ., concur.


Blair Fazzio, Monica Besbris, and Jeff Groover, of Kanner & Pintaluga, P.A., Boca Raton, for Appellants.

Loreyn P. Raab and Michael Fox Orr, of Orr | Cook, Jacksonville, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED